UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
WAYNE H. NORMAN,

                Plaintiff,

  v.                                                16-CV-00423(DNH/ATB)

UTICA COLLEGE,

                Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-captioned action is voluntarily dismissed with prejudice and on the merits, without costs to any party, pursuant to Rule 41 (1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: August 4th, 2016

GETNICK LIVINGSTON
ATKINSON & PRIORE, LLP

/s/Patrick G. Radel
Patrick G. Radel, Esq., *of Counsel*
Bar Roll No. 512794
Attorneys for Defendant
258 Genesee Street, Suite 401
Utica, NY 13502
(315) 797-9261
pradel@getnicklivingston.com

WAYNE H. NORMAN

Wayne H. Norman
Pro Se Plaintiff
4357 Wanatah
Memphis, TN 38109

G0464058.1

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated:    August 5, 2016
           Utica, NY